THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| McRO, Inc. dba Planet Blue,<br><br>              Plaintiffs,<br><br>     v.<br><br>Namco Bandai Games America, Inc., et al.,<br><br>              Defendants. | CASE NO.: 2:17-MC-00146 (JLR)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO QUASH**<br><br>Note on Motion Calendar: December 5, 2017 |

JOINT STIPULATION TO EXTEND TIME TO
RESPOND TO MOTION TO QUASH
CASE NO.: 2:17-MC-00146 (JLR)

WILSON SONSINI GOODRICH & ROSATI, PC
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

On behalf of non-party Bungie, Inc. ("Bungie") and McRO, Inc. dba Planet Blue ("Planet Blue"), Bungie files this joint stipulation pursuant to LCR 7(j) to extend the deadline for Planet Blue to respond to Bungie's Motion to Quash, D.I. 1, filed on November 15, 2017 ("Motion").

Planet Blue has represented to Bungie that Planet Blue has been looking for, but has not yet been able to retain, non-conflicted local counsel to assist with its response to Bungie's motion. Planet Blue, therefore, requested and Bungie has consented to, the below schedule and requested that Bungie file this joint stipulation.

The below chart outlines the current calendared deadlines and the proposed new deadlines:

| EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
| --- | --- | --- |
| Planet Blue Opposition to Bungie's Motion to Quash | December 6, 2017 | December 13, 2017 |
| Bungie Reply to Planet Blue's Opposition | December 8, 2017 | December 21, 2017 |
| Noting Date | December 8, 2017 | December 21, 2017 |
| Oral Argument | TBD pursuant to LCR 7(b)(4) | TBD pursuant to LCR 7(b)(4) |

IT IS SO STIPULATED.

Dated: December 5, 2017

s/ Gregory L. Watts
Gregory L. Watts, WSBA #43995
John C. Roberts Jr., WSBA #44945
Andrew S. Brown, WSBA #49093
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com
Email: jroberts@wsgr.com
Email: asbrown@wsgr.com

Attorneys for Non-party Bungie, Inc.

JOINT STIPULATION TO EXTEND TIME TO
RESPOND TO MOTION TO QUASH
CASE NO.: 2:17-MC-00146 (JLR)

-1-

WILSON SONSINI GOODRICH & ROSATI, PC
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

| | |
|---|---|
| 1    Dated: December 5, 2017 | s/ Mark S. Raskin |
| 2 | Mark S. Raskin |
|   | *Pro Hac Vice to be submitted* |
| 3 | **MISHCON DE REYA NEW YORK, LLP** |
|   | 156 Fifth Ave., Ste. 904 |
| 4 | New York, NY 10010 |
|   | 212-612-3270 |
| 5 | Email: mark.raskin@mishcon.com |
| 6 | Attorney for McRo, Inc., dba Planet Blue |

1
Dated: December 5, 2017

s/ Mark S. Raskin
Mark S. Raskin
*Pro Hac Vice to be submitted*
**MISHCON DE REYA NEW YORK, LLP**
156 Fifth Ave., Ste. 904
New York, NY 10010
212-612-3270
Email: mark.raskin@mishcon.com

Attorney for McRo, Inc., dba Planet Blue

JOINT STIPULATION TO EXTEND TIME TO
RESPOND TO MOTION TO QUASH
CASE NO.: 2:17-MC-00146 (JLR)

-2-

WILSON SONSINI GOODRICH & ROSATI, PC
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

**[PROPOSED] ORDER**

Based upon the above stipulation of non-party Bungie and Plaintiff Planet Blue, by and through their counsel of record, and for good cause appearing, the Court finds that the proposed new briefing schedule set forth below is adopted:

| EVENT | NEW DEADLINE |
|---|---|
| Planet Blue Opposition to Bungie's Motion to Quash | December 13, 2017 |
| Bungie Reply to Planet Blue's Opposition | December 21, 2017 |
| Noting Date | December 21, 2017 |
| Oral Argument | TBD pursuant to LCR 7(b)(4) |

IT IS SO ORDERED.

Dated: 5th December, 2017

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Submitted by:

Gregory L. Watts, WSBA #43995
John C. Roberts Jr., WSBA #44945
Andrew S. Brown, WSBA #49093
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile:  (206) 883-2699
Email: gwatts@wsgr.com
Email: jroberts@wsgr.com
Email: asbrown@wsgr.com

Attorneys for Non-party Bungie, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2017, I served the foregoing document filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

On the same date, I served the foregoing document via email to the following party(ies) not currently registered for CM/ECF:

Mark S. Raskin
*Pro Hac Vice to be submitted*
**MISHCON DE REYA NEW YORK, LLP**
156 Fifth Ave., Ste. 904
New York, NY 10010
212-612-3270
Email: mark.raskin@mishcon.com

Attorney for McRo, Inc., dba Planet Blue

Dated: December 5, 2017

                                                  s/ Gregory L. Watts
                                                  Gregory L. Watts, WSBA #43995

CERTIFICATE OF SERVICE
CASE NO.: 2:17-MC-00146 (JLR)

WILSON SONSINI GOODRICH & ROSATI, PC
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699